Decided October 22, 1998

## STATE OF CONNECTICUT *v.* FREDDIE COX, JR.

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 175 (AC 16933), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that there was a sufficient evidentiary basis for the trial court's instruction on flight or consciousness of guilt?

"2. If the answer to the first question is no, was the error harmful?"

The Supreme Court docket number is SC 16027.

*Tara L. Knight*, in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in opposition.

Decided October 22, 1998